**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JASON DEAN SHORT**                                                                              **PLAINTIFF**
**ADC #551179**

v.                               **CASE NO. 4:20-CV-00375 BSM**

**BRIAN SHELTON, JR.,** *et al.*                                                               **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 3] has been received. After carefully reviewing the entire record, the RD is adopted. Jason Short's complaint is dismissed without prejudice to his right to reassert his claim, should his disciplinary conviction be invalidated by a state tribunal or federal court. Dismissal of this action counts as a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). An *in forma pauperis* appeal would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 24th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE